**Larry Keith EASTER, Plaintiff— Appellant,**

v.

**M. INMAN, Registered Nurse; Ms. Dennis; Gene Johnson; Ms. Waller; George M. Hinkle; Samuel Batts; Rufus Fleming; W. Manning, Lieutenant; Charles Thompson; Captain**

---

* Judge Traxler did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Ramsey; Larry Huffman; Lieutenant Zolicoffer; Fred Schilling, Health Services Director; R.N. Hill, Defendants—Appellees,

and

C. Davis, Defendant.

No. 06–7811.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2007.

Decided: April 13, 2007.

Larry Keith Easter, Appellant Pro Se. Edward Joseph McNelis, III, Coreen Antoinette Bromfield, Rawls & McNelis, PC, Richmond, Virginia; Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Keith Easter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Easter v. Inman,* No. 2:04–cv–00290–HCM (E.D.Va. Sept. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*